# CIVIL RIGHTS COMPLAINT FORM

FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF FLORIDA

_PENSACOLA_ DIVISION

1. **WILLIE PERRY, INMATE**,
2. _____,
3. _____.

(Enter the full name of each plaintiff, plus inmate number (if applicable). Begin the name of each plaintiff on a new line. The entire name of each party should be in capital letters. Descriptive terms such as a party's title or job position should be in normal case.)

vs.

CASE NUMBER: **3:03cv299/LAC/MD**
(To be assigned by Clerk)

1. **FLA. Dept. of Corrections**,
2. **Sgt. Pabst**,
3. **Captain Godwin**,
4. _____.

(Enter the full name of each defendant in the same manner as above. If additional space is required, use the blank area directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

03 JUL 21 PM 2:57

FILED

1

I. PLAINTIFFS:

State your full name, inmate number, and full mailing address in the lines below. Include the name of the institution in which you are confined. Do the same for any additional Plaintiffs:

(A) Plaintiff's name: Perry, Willie
Plaintiff's inmate number: 045983
Prison or jail: Walton Corr. Inst.
Mailing address: 691 World War II Veteran Lane
DeFuniak Springs, Florida 32433

II. DEFENDANTS:

State the full name of the defendant, official position, mailing address, and place of employment. Do the same for every defendant.

(1) Defendant's name: Sgt. Pabst,
Official position: Correctional Officer
Mailing address: 691 World War II Veteran Lane, DeFuniak Springs, Fla. 32433
Employed at: Walton Corr. Inst.

(2) Defendant's name: Captain Godwin,
Official position: Correctional Officer
Mailing address: 691 World War II Veteran Lane, DeFuniak Springs, Fla. 32433
Employed at: Walton Corr. Inst.

(3) Defendant's name: ___
Official position: ___
Mailing address: ___
Employed at: ___

ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES. UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED), THIS COMPLAINT IS SUBJECT TO DISMISSAL IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

   Yes(✓)         No( )

[If your answer is YES, answer all the questions in this subsection. If your answer is NO, proceed to subsection III B.]

Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring within the Florida Department of Corrections. Any required grievances, appeals, and responses **must** be submitted to the Court to verify exhaustion. Each plaintiff must complete a separate Section III.

**EXHAUSTION STEPS REQUIRED:**

* Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance Involving Disciplinary Action.

   a.  Formal Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
   b.  Appeal to the Office of Secretary (Form DC1-303)

* General Grievance

   a.  Informal Grievance (Form DC3-005)
   b.  Formal Grievance (Form DC1-303)
   c.  Appeal to the Office of Secretary (Form DC1-303)

**EXHAUSTION STEPS TAKEN:**

1. Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance

3

Involving Disciplinary Action (these are requests for Administrative Remedy or Appeal, by-passing the informal grievance step).

    a. Did you submit your grievance directly to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

        Yes(✔)        No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

    c. Were you denied emergency status or otherwise required to first file an informal grievance?

        Yes( )        No(✔)

    d. Did you have a disciplinary hearing concerning this matter?

        Yes( )        No(✔)

    e. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

2. Informal Grievance (Request for Interview)

    a. Did you submit an informal grievance (Form DC3-005)?

        Yes( )        No(✔)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

3. Formal Grievance (Request for Administrative Remedy or Appeal)

    a. Did you submit a formal grievance (Form DC1-303)?

        Yes(✔)        No( )

    b. If so, you must attach a copy of the grievance and response to this complaint form.

4. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

    a. Did you submit an appeal to the Office of the

Secretary (Form DC1-303)?

Yes( )                           No(✓)

b.  If so, you must attach a copy of the appeal and response to this complaint form.

B. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL?

Yes( )                           No(✓)

If your answer is YES, answer the following questions.

1.  Is there a grievance procedure at your institution or jail?

Yes( )     N/A              No( )

2.  Did you present the facts relating to your complaint in the prison grievance procedure?

Yes( )  N/A                 No( )

3.  If your answer is YES: N/A

a.  What steps did you take? N/A

b.  What were the results? N/A

4.  If your answer is NO, explain why not: N/A


IV. PREVIOUS LAWSUITS

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY. THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE**. FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

A.  Have you initiated other actions in **state** court dealing with the same or <u>similar</u> facts or issues as involved in this action?   Yes( )   No( )

B. Have you initiated other actions in **federal** court dealing with the same or similar facts or issues as involved in this action?   Yes( )   No(✓)

C. If your answer to either (A) or (B) is YES, describe each action in the space provided below. If there is more than one action, describe all additional actions on a separate piece of paper, using the same format as below.

   (1) Parties to previous action:

       Plaintiff(s): N/A
       Defendant(s): N/A

   (2) Court (if federal court, name the district; if state court, name the county): N/A

   (3) Docket Number: N/A

   (4) Name of Judge: N/A

   (5) Briefly describe the facts and basis of the action:
       N/A

   (6) Disposition (Was the case dismissed? If so, why? Did you appeal? What result?): N/A

   (7) Approximate filing date: N/A

   (8) Approximate disposition date: N/A

D. Have you initiated other actions (other than those listed in (A) or (B)) in state or federal court relating to the fact or manner of your imprisonment or the conditions of your imprisonment?   Yes(✓)   No( )

E. If your answer to (D) is YES, describe each action in the spaces below. Attach additional pages if necessary.

   (1) Court (if federal court, name the district; if state, name the county): United States District Court Southern District of Florida Miami Division

   (2) Docket Number: 02-60125-CIV-Highsmith

   (3) Parties to the previous action
       (a). Plaintiff(s): Willie Perry, In Pro se
       (b). Defendant(s): Hallandale Police Dept. Marsha Rondeau, Et. Al.,

   (4) Basis of action: Federal Question

   (5) Is it still pending?   Yes(✓)   No( )

6

V.   STATEMENT OF FACTS:

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case.  Describe how each defendant was involved and what each did or did not do to give rise to your claim.  Include the names of persons involved, dates, times, and places.  State exactly what happened.  **DO NOT make any legal arguments or cite any cases or statutes.**  You may make copies of these pages and attach additional sheets of paper if needed:

The Plaintiff, a prisoner in the Fla. Dept. of Corr's, is under imminent danger of serious physical injury. Which has been demonstrated by the defendents spraying the Plaintiff, directly in both eyes with a chemical agent, that render the prisoner fully blind in the left eye, partially blind in the right eye. Walton Corr. Inst., on February 27, 2003 at app. 10:30 pm at unit cell 2125. Sgt. Pabst and Captain Goddin, the defendents, carrying a canister of OC gas. Sgt. Pabst, unlock my cell door came in and threw me to the cell floor while Captain Goddin, straddle me and sprayed pepper gas directly into my left eye, then proceeded to spray me directly into my right eye. I'm a handicapped prisoner who suffer from a lumbosacral sprain + strain; localized osteomyelitis to the right mid tibia; partial amputee with about one inch of bone amputated from the right mid tibia. That the Plaintiff was at the mercy of the irate prison officials and couldn't defend himself from attack. The Plaintiff, had surgery to the left eye for a detached retina, with a prosthetic buckle to hold the retina in place. The eye had developed a dense cataract from the surgery and the direct spray into the eye with the chemical agent cause me to become fully blind in that eye. The trauma from the direct spray into the right eye caused dark black floaters to impede my vision but I still have sight in the eye.

7

## VI. STATEMENT OF CLAIM:

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim, and relate each claim to the facts in the complaint. If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

EXCESSIVE USE of force Chemical Agent used on a handicapped Prisoner In violation of the 8th Amendment of the United States Constitution. The defendents came into Plaintiffs' cell use physical force on a handicapped person. Then sprayed the Plaintiff, into both eyes directly with a pepper gas, that the Plaintiff, Left eye had been surgically repaired for a detached retina.

8

VII. RELIEF REQUESTED:

State briefly what relief you seek from this court. Do not make any legal arguments or cite any cases. You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

Issue a preliminary injunction and/or Temporary Restraining Order, that will prevent the defendants from subjecting the Plaintiff to irreparable injury such as: excessive use of force, etc, execution or elimination because of this civil suit pending against them. Jury trial on all issues triable by a jury. Punitive damages $100,000 to each defendant. One Million Dollars overall as a vindictive measure.

VIII. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Signed this ___15th___ day of ___July___, 1p 2003

_____

(Signature(s) of Plaintiff(s))

9

State of Florida
Department of Corrections

## OATH OF VERIFICATION

Under penalties of perjury, I __Willie Perry__ declare that I have read the foregoing (document) and that the facts stated in it are true.

__7/17/03__
Date

__Willie Perry__
Signature of Declarant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing (document) has been furnished by the U.S. Mail postage pre-paid to: __Robert A Mosing, Clerk__
__United States District Court__
__Northern District of Florida__
__1 N. Palafox St. Room 226__
__Pensacola, Florida 32501__

This __17__ day of __July__, 20__03__.

Institution and address:
__Central Fla. Rec. Center__
__7000 H C Kelley Rd.__
__Orlando, Florida__
__32831-25N__

DC2-527 (3-01)

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

MAILED/FILED WITH AGENCY CLERK
MAR 10 2003
Department of Corrections
Bureau of Inmate Grievance Appeals

RECEIVED
MAR 06 2003
Department of Corrections
Inmate Grievances

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: PERRY, Willie P.    045983    Walton C.I.
      Last  First  Middle Initial    Number    Institution

03-6-06527

### Part A – Inmate Grievance

EMERGENCY GRIEVANCE

On 2/27/03 at app. 10:35pm. AC cell 2125. Captain Goddin use a chemical agent solely for punishment. I'm a handicapped person where I cannot defend myself from physical attacks. Cap. Goddin with a can of OC gas in conjunction with Sgt. Papp, unlock my cell door; entered and threw me on the floor. Cap. Goddin straddled me and directly sprayed me in both eyes with pepper gas. Which blinded me in the surgically repaired left eye for a detached retina and damage the right eye that is now vision impaired with dark black floaters.

3/1/03
DATE

Willie Perry 045983
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
                                                                          #   Signature

### PART B – RESPONSE

**SEE ATTACHED RESPONSE**

---

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

ORIGINAL TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION
TEAR ON PERFORATION

MAILED / FILED
WITH AGENCY CLERK

MAR 1 0 2003

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

PERRY, WILLIE                                    045983           03-6-06527
           INMATE                                NUMBER           GRIEVANCE LOG NUMBER

Your appeal has been reviewed and evaluated. The subject of your grievance is currently under review by the Departmental Staff. At the conclusion of that review appropriate and necessary action will be taken. As this process was initiated by the Department prior to the receipt of your grievance, your request for action by this office is denied.

J. MOORE

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR           3/7/03
OF EMPLOYEE RESPONDING                       SECRETARY'S REPRESENTATIVE                       DATE

COPY DISTRIBUTION - INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                   (1 Copy) Inmate
(1 Copy) Inmate's File                              (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding            (1 Copy) C.O. Inmate File
                                                    (1 Copy) Retained by Official Responding